# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00757-CV

---

**Chinedu Moses Chukwunta, Appellant**

**v.**

**Patrick Espinosa Cueva and Hunter Corey-Pratt Forster, Appellees**

---

### FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 22-1327-C26, THE HONORABLE TERENCE M. DAVIS, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant has moved in this Court for correction of the reporter's record, contending that the record incorrectly notes that certain exhibits either were not offered at trial or were not admitted into evidence. Appellees have responded to the motion, disputing Appellant's arguments. We must abate this appeal and remand the case to the trial court to resolve the parties' disagreements about the reporter's record. *See* Tex. R. App. P. 34.6(e)(2)–(3); *Plan B. Holdings, LLC v. RSLLP*, No. 03-21-00260-CV, 2022 WL 17813804, at *1 (Tex. App.—Austin Dec. 20, 2022, no pet.) (mem. op.); *Gavrel v. Rodriguez*, 225 S.W.3d 758, 760–61 (Tex. App.—Houston [14th Dist.] 2007, pet. denied).

Accordingly, the Court enters the following orders:

1. The trial court is ordered to conduct a hearing for the purpose of resolving all disputes about the reporter's record that are raised by Appellant's motion for correction of reporter's record that was filed in this Court on January 29, 2025, and by Appellees' response to that motion.

2. If the trial court's resolution of any of the disputes causes the need for any supplemental clerk's record or supplemental reporter's record to be filed in this Court, then the trial court shall order the district clerk or the court reporter, as the case may be, to cause the necessary supplemental record to be filed in this Court.

The parties shall, no later than 60 days from the date of this Order, submit to this Court a status report, without argument, of the result of the trial court's hearing(s). Until further order of this Court, this appeal is abated.

It is ordered on February 21, 2025.


Before Chief Justice Byrne, Justices Kelly and Ellis

Abated and Remanded

Filed: February 21, 2025